UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT LUNSFORD,<br><br>     Plaintiff,<br><br>v.<br><br>PRIMESOURCE BUILDING PRODUCTS, INC.,<br><br>     Defendant. | Case No.  16-cv-01292-SK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Regarding Docket No. 9 |

The parties to this action have stipulated to continue the case management conference scheduled for June 15, 2016 so that the parties may first attempt to resolve their claims through mediation.  Having considered the request, the Court hereby GRANTS the request and continues the case management conference to August 24, 2016 at 1:30 p.m.  The parties requested 90 days but are given 60 days in which to complete private mediation.

**IT IS SO ORDERED**.

Dated: May 25, 2016

*[signature: Sallie Kim]*

SALLIE KIM
United States Magistrate Judge